Jeffrey Kaufman #48095
Andrea Kendrick #225688
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
Telephone: 415-247-8300
Facsimile: 415-247-8310

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois Corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation,<br><br>            Defendant. | Case No. C-05-1030-CRB<br><br>**[PROPOSED] ORDER RESCHEDULING HEARING DATE ON MOTION FOR EXEMPTION FROM NONVOLUNTARY ALTERNATIVE DISPUTE RESOLUTION** |

The motion of defendant Fireman's Fund Insurance Company by stipulation with plaintiff American Motorists Insurance Company to reschedule the hearing on defendant Fireman's Fund Insurance Company's motion for exemption from nonvoluntary alternative dispute resolution is GRANTED.

The hearing on defendant Fireman's Fund's motion for exemption from nonvoluntary alternative dispute resolution is rescheduled from June 17, 2005 at 10:00 a.m. to June 10, 2005 at 10:00 a.m.

Dated: June 02, 2005

_____
Honorable Charles R. Breyer
Judge of the United States District Court

APPROVED
Charles R. Breyer