United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS
INSURANCE COMPANY,

    Plaintiff,

v.

FIREMAN'S FUND INSURANCE
COMPANY,

    Defendant.
_____/

No. 05-01030 CRB (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 26, 2005 and August 1, 2005, counsel requested the parties' claims representatives be excused from personally appearing at the settlement conference rescheduled for August 10, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that AIMCO's claims representative and Fireman's Fund Insurance Company's claims handler be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on August 10, 2005.

If the Court concludes that the absence of the parties' claims representatives is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: August 4, 2005

                                                    */s/ Elizabeth D. Laporte*
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge