1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS
INSURANCE COMPANY,

       Plaintiff,

     v.

FIREMAN'S FUND INSURANCE
COMPANY,

       Defendant.

_____/

No. C 05-01030 CRB (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    The parties shall submit a letter brief to this Court providing an update regarding the settlement prospects. The letters may be submitted via facsimile to (415) 522-2002. A further settlement conference will be held telephonically with the attorneys and client representatives on August 30, 2005 at 2:00 p.m. Counsel for plaintiff shall initiate the call to all parties and to the court at (415) 522-4135.

Dated: August 15, 2005

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge