1  ISBESTER & ASSOCIATES
   A. James Isbester, SBN 129820
2  3160 College Avenue, Suite 203
   Berkeley, California 94705
3  Telephone: (510) 655-3014
   Facsimile: (510) 655-3614
4

5  Attorneys for Plaintiff American
   Motorists Insurance Company
6
   BARONE & JENKINS, P.C.
7  Anthony G. Barone (Illinois #6196315)
   David M. Jenkins (Illinois #6211230)
8  721 Enterprise Drive, Suite 200
   Oak Brook, Illinois 60523
9  Telephone: (630) 472-0037
   Facsimile: (630) 472-0864
10
11 Of Counsel – *Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation<br><br>Defendant. | Case No. C-05-1030-CRB<br><br>STIPULATION PERMITTING ATTENDANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE.<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: March 11, 2005<br>Trial Date: None set |

### STIPULATION

The above encaptioned matter has been set for a case management conference on September 9, 2005 at 8:30 am. Lead counsel for Plaintiff resides in Oak Brook, Illinois. In view of the costs and time associated with counsel's traveling from Illinois to attend this conference, Plaintiff has requested and Defendant has agreed that Plaintiff's counsel may attend the case management conference

1  telephonically. Accordingly, the parties hereto, by and through their respective counsel, stipulate as
2  follows:
3      1.    Plaintiff will be represented at the Case Management Conference herein set for
4  September 9, 2005, by the firm Barone and Jenkins, P.C., appearing telephonically;
5      2.    The Court will be able to reach David Jenkins of the Barone and Jenkins firm on that
6  date at the telephone number (630) 472-0037 from 8:30 am, Pacific Daylight Time until such time as
7  the Conference is concluded.
8      So stipulated:

10  DATED: Sept 2, 2005

ISBESTER & ASSOCIATES
By: /s/ James Isbester
    A. James Isbester
Attorneys for Plaintiff American Motorists
Insurance Company

KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

14  DATED: _____

By: _____
    Jeffrey Kaufman
    Andrea Kendrick
Attorneys for Defendant Fireman's Fund
Insurance Company

19  Stip and Order re Telephone Appearance.doc

22  Sept. 6, 2005

**APPROVED**
/s/ Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA