UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS INSURANCE CO.

       Plaintiff(s),

       v.

FIREMAN'S FUND INSURANCE CO.

       Defendant(s).

No. C 05-01030 CRB (EDL)

ORDER DENYING REQUESTS TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 16, 2005, Defendant Fireman's Fund Insurance Company requested that its claims representative be excused from personally appearing at the settlement conference scheduled for October 6, 2005. On September 20, 2005, Plaintiff American Motorists Insurance Company made the same request. No opposition was filed by any party.

Upon consideration of the requests, the Court denies the requests to excuse personal attendance. Therefore, it is hereby ORDERED that both parties' claims representatives appear in person at the settlement conference scheduled on October 6, 2005 at 9:00 a.m. Pacific Standard Time.

**SO ORDERED.**

Dated: September 21, 2005

                                                  *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge