United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS
INSURANCE COMPANY,

    Plaintiff,

    v.

FIREMAN'S FUND INSURANCE
COMPANY,

    Defendant.
_____/

No. C-05-01030 CRB (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has received a request to continue the settlement conference currently scheduled for October 6, 2005. Although this Court does not have an objection to a continuance, the parties are ordered to submit a joint stipulation to obtain Judge Breyer's approval as soon as possible.

Immediately following the conclusion of the trial in the underlying case scheduled for November 29, 2005, or no later than January 3, 2006, whichever comes earlier, the parties shall submit a letter brief to this Court regarding the status of the case. The letter brief may be sent via facsimile to Chambers at (415) 522-2002. The Court will notify the parties of the date a further settlement conference will be scheduled.

Dated: September 28, 2005

                                                               *Elizabeth D. Laporte*
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge