1  ISBESTER & ASSOCIATES
   A. James Isbester, SBN 129820
2  3160 College Avenue, Suite 203
   Berkeley, California 94705
3  Telephone: (510) 655-3014
   Facsimile: (510) 655-3614
4

5  Attorneys for Plaintiff American
   Motorists Insurance Company
6
   BARONE & JENKINS, P.C.
7  Anthony G. Barone (Illinois #6196315)
   David M. Jenkins (Illinois #6211230)
8  721 Enterprise Drive, Suite 200
   Oak Brook, Illinois 60523
9  Telephone: (630)472-0037
   Fax: (630)472-0864
10
11 Of Counsel

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15 AMERICAN MOTORISTS INSURANCE
   COMPANY, an Illinois corporation          CASE NO. C-05-1030-CRB
16
              Plaintiff,                     **STIPULATION AND ORDER
17                                           CONTINUING SETTLEMENT
         v.                                  CONFERENCE**
18
   FIREMAN'S FUND INSURANCE COMPANY,
19 a California corporation

20            Defendants,

21
        WHEREAS, the above captioned matter has been set for a Settlement Conference on October
22
   6, 2005 before The Honorable Magistrate Judge Laporte, pursuant to this Court's order dated
23
   September 9, 2005;
24
        WHEREAS, by letter dated September 23, 2005, plaintiff American Motorists Insurance
25
   Company ("AMICO") requested Magistrate Judge Laporte to continue the Settlement Conference
26
   until after the trial on the underlying case, set to begin on November 29, 2005;
27
28

WHEREAS, defendant Fireman's Fund Insurance Company stated by letter dated September 27, 2005, that it did not oppose AMICO's request;

WHEREAS, Magistrate Judge Laporte issued an order dated September 28, 2005 stating that the Court did not have an objection to a continuance and that the parties were to submit a joint stipulation to obtain Judge Breyer's approval as soon as possible.

Accordingly, the parties hereto, by and through their respective counsel, stipulate as follows:

1. The Settlement Conference scheduled before Magistrate Judge Laporte on October 6, 2005 should be continued.

2. Pursuant to Magistrate Judge Laporte's September 28, 2005 order, the parties agree that, immediately following the conclusion of the trial in the underlying case that is scheduled for November 29, 2005, or no later than January 3, 2006, whichever comes earlier, the parties will submit a letter brief to Magistrate Judge Laporte regarding the status of the case.

3. The Case Management Conference scheduled for November 4, 2005 at 8:30 a.m. should be taken off calendar subject to further order of the Court.

Date: Sept. 30, 2005

David M. Jenkins, Barone & Jenkins, P.C.
Attorney for Plaintiff AMERICAN
MOTORIST INSURANCE COMPANY

Dated: Sept. 30, 2005

Jeffrey Kaufman, Kaufman & Logan, LLP
Attorney for Defendant FIREMAN'S
FUND INSURANCE COMPANY

IT IS SO ORDERED.

Dated: October 6, 2005

Hon. Charles R. Breyer
United States District Judge

APPROVED
Judge Charles R. Breyer

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE
USDC NDCA No. C-05-1030-CRB