| | |
|---|---|
| 1 | ISBESTER & ASSOCIATES |
| 2 | A. James Isbester, SBN 129820<br>3160 College Avenue, Suite 203 |
| 3 | Berkeley, California 94705<br>Telephone: (510) 655-3014 |
| 4 | Facsimile: (510) 655-3614 |
| 5 | Attorneys for Plaintiff American<br>Motorists Insurance Company |
| 6 | |
| 7 | BARONE & JENKINS, P.C.<br>Anthony G. Barone (Illinois #6196315) |
| 8 | David M. Jenkins (Illinois #6211230)<br>721 Enterprise Drive, Suite 200 |
| 9 | Oak Brook, Illinois 60523<br>Telephone: (630)472-0037 |
| 10 | Fax: (630)472-0864 |
| 11 | Of Counsel |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation<br><br>Defendants, | CASE NO. C-05-1030-CRB<br><br>**STIPULATION AND ORDER** |

**STIPULATION AND ORDER**

WHEREAS, the above captioned matter had previously been set for a Settlement Conference before the Honorable Magistrate Judge Laporte;

WHEREAS, by order dated October 11, 2005, the court continued the Settlement Conference and ordered that the parties submit a letter brief to Magistrate Judge Laporte regarding the status of this case either immediately following the conclusion of the trial in the underlying case that was scheduled for November 29, 2005, or no later than January 3, 2006;

WHEREAS, the parties submitted a joint letter brief regarding the status of the case on January 3, 2006, advising that the trial did not occur as scheduled and that a hearing on a significant motion in that case is scheduled for February 27, 2006;

WHEREAS, the parties have submitted a joint letter brief regarding the status of the case on March 7, 2006, advising that there was a ruling on the motion to permit lost royalties as a measure of compensatory damages on February 27, 2006, and the court has not yet scheduled a trial date for the underlying case.

Accordingly, the parties hereto, by and through their respective counsel, stipulate as follows:

1. The Settlement Conference scheduled before Magistrate Judge Laporte is continued subject to further order of the court.

2. The parties are to submit a letter brief to Magistrate Judge Laporte regarding the status of this case on or before April 28, 2006 to advise whether a trial date is set and whether a further Settlement Conference should be conducted.

So Stipulated:

Date: 3/7/06

David M. Jenkins, Barone & Jenkins, P.C.

Dated: 3/7/06

Andrea Kendrick, Kaufman & Logan, LLP

IT IS SO ORDERED.

GRANTED
Judge Elizabeth D. Laporte

Dated: March 7, 2006

Hon. Magistrate Judge Elizabeth Laporte

I, Tina L. Falbo, declare:

I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of DuPage at 721 Enterprise Drive, Suite 200, Oak Brook, Illinois 60523.

On March 7, 2006, following ordinary business practices, I caused service of the following document(s):

MARCH 7, 2006 LETTER BRIEF TO MAGISTRATE JUDGE LAPORTE AND STIPULATION AND ORDER

to be completed:

X    Via facsimile with hard copy to follow by Regular U.S. Mail. I am readily familiar with Barone & Jenkins, P.C.'s practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Barone & Jenkins, P.C. and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following parties:

| Honorable Magistrate Judge Elizabeth D. Laporte<br>United States District Court for the<br>Northern District of California<br>Federal Building<br>450 Golden Gate Avenue<br>San Francisco, California 94104<br>Fax: 415-522-2140 | Andrea Kendrick<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, California 94105<br>Tel.: 415-247-8300<br>Fax: 415-247-8310 |
|---|---|

X    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 7, 2006

_____
Tina L. Falbo

1

Proof of Service
USDC NDCA C-05-1030 CRB