WILSON & RYAN
500 North Brand Boulevard
Suite 900
Glendale, California 91203
Telephone: (818) 547-6503

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO DIVISION**

11

12  AMERICAN MOTORISTS INSURANCE          CASE NO: C 05-01030 CRB
    COMPANY, an Illinois Corporation,

13
                                          **ORDER RE: NOTICE OF**
14          Plaintiff,                     **SUBSTITUTION OF ATTORNEY**

        v.
15
    FIREMAN'S FUND INSURANCE              Complaint Filed:  March 11, 2005
16  COMPANY, a California Corporation,

17          Defendant.

18

19      IT IS HEREBY NOTICED THAT the substitution of Wilson & Ryan in place and

20  instead of Kaufman & Logan is granted.

21      IT IS SO ORDERED.

22

23  Dated: April 02., 2007

24
                            _____
25                          Charles R. Breyer
                            Judge of the United State

26

27

28



— 1 —